BW/ADR
F. #2022R00152

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

              Defendant.

- - - - - - - - - - - - - - - - - - -X

ORDER ACCEPTING
GUILTY PLEA

Cr. No. 23-217 (FB)

        Upon review of the transcript of the guilty plea that the defendant JOHN DOE offered on June 2, 2023, before the Honorable Taryn A. Merkl, United States Magistrate Judge, in the above-captioned matter, this Court finds that the defendant pleaded guilty knowingly and voluntarily, and that a factual basis supports the defendant's plea.

        IT IS HEREBY ORDERED that the defendant's guilty plea offered on June 2, 2023 before Judge Merkl is accepted.

Dated: Brooklyn, New York
      9-8-2023   , 2023

                                /S/ Frederic Block
                                THE HONORABLE FREDERIC BLOCK
                                UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF NEW YORK